AMERICAN PACIFIC MORTGAGE CORPORATION
CHARLES W. NUGENT - SBN 199646
3000 Lava Ridge Ct., Suite 200
Roseville, CA 95661
Telephone: 916-303-3335
Facsimile: 916-780-0270
cnugent@apmortgage.com

Attorneys for Plaintiff
AMERICAN PACIFIC MORTGAGE CORPORATION dba
CROWN MORTGAGE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION, dba CROWN MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE HOME LOANS & REALTY, INC.,<br><br>Defendant. | No. 1:06-cv-01330-OWW-TAG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this lawsuit that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties.

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE                           43528.1

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: January 22, 2007            /s/ Charles W. Nugent
                                      Charles W. Nugent
2                                     Attorneys for Plaintiff
                                      AMERICAN PACIFIC MORTGAGE
3                                     CORPORATION, dba CROWN MORTGAGE

4

5
   DATED: January 22, 2007            /s/ Samuel A. Lovely (authorized 22 Jan. 2007)
6                                     SAMUEL A. LOVELY
                                      Attorneys for Defendant
7                                     CASTLE HOME LOANS & REALTY, INC.

8

9        IT IS SO ORDERED.

10

11  Dated: 3/26/07                    /s/ Oliver W. Wanger
                                      THE HONORABLE OLIVER W. WANGER
12                                    UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE                                   43528.1

PDF created with pdfFactory trial version www.pdffactory.com